# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KAYLEY RYAN, | : | No. 242 WAL 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| DAVID K. MCMULLIN, ADMINISTRATOR | : | |
| OF THE ESTATE OF ZACHARY HOHMAN, | : | |
| DECEASED, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.